210

ESTATE of Olive Hume OLIVER, Deceased. William Hume OLIVER and Harbaugh Miller, Executors, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8802.

Circuit Court of Appeals, Third Circuit.

Argued April 2, 1945.

Decided April 5, 1945.

S. Leo Ruslander, of Pittsburgh, Pa. (Samuel Kaufman and Elias Sunstein, both of Pittsburgh, Pa., on the brief), for petitioners.

Bernard Chertcoff, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, A. F. Prescott, and Robert Koerner, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before BIGGS, ALBERT LEE STEPHENS, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The decision of the Tax Court is affirmed.

Agnes M. SCHUNCK, Appellant, v. DELAWARE, LACKAWANNA & WESTERN RAILROAD CO.

No. 8688.

Circuit Court of Appeals, Third Circuit.

Argued Jan. 18, 1945.

Decided March 23, 1945.

James M. Davis, Jr., of Mount Holly, N. J., for appellant.

John A. Laird, of Hoboken, N. J., for appellee.

Before BIGGS, GOODRICH, and McALLISTER, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed.

G. Elliott KRUSEN and Grace F. Krusen, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8817.

Circuit Court of Appeals, Third Circuit.

Argued March 28, 1945.

Decided April 5, 1945.

Frank W. Harris, of Philadelphia, Pa., for petitioners.

Miriam Lashley, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Helen R. Carloss, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before BIGGS, ALBERT LEE STEPHENS, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The decision of the Tax Court is affirmed.

Otto Henry PARKENING, Appellant, v. Jules ARNOLD, Appellee.

No. 10857.

Circuit Court of Appeals, Ninth Circuit.

March 24, 1945.

Rehearing Denied April 30, 1945.

Gerald E. Kerrin, of Los Angeles, Cal., for appellant.

Bautzer, Ryan, Ford & Silbert, of Hollywood, Cal., for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

We see no reason why the character of the judgment as based on the fraud of appellant as determined by the Superior Court of the State of California, in and for the County of Los Angeles, should be relitigated in this bankruptcy proceeding.

The order appealed from is affirmed.